# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUAN G. BERMUDEZ,** | : |
| Petitioner | : |
| | :   **CIVIL ACTION NO. 3:14-0886** |
| v. | : |
| | :   (Judge Mannion) |
| **GENE BERDANIES, Warden,** | : |
| <u>et al</u>., | |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Fed. R. Civ. P. 41(b) for failure to prosecute.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                s/ *Malachy E. Mannion*
                **MALACHY E. MANNION**
                **United States District Judge**

**Dated: November 6, 2014**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0886-01-ORDER.wpd